IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:12CR2DCB-FKB

ANGELA PRESLEY

ORDER REGARDING PREVIOUSLY
ISSUED TRIAL SUBPOENAS

This matter is before the Court on the ore tenus motion by the United States requesting an Order directing that all trial subpoenas previously issued by any party to this criminal case remain in full force and effect up to and until conclusion of the trial of this cause which is now scheduled for August 20, 2012. The Court having considered this request finds the motion well taken and same should be granted.

IT IS THEREFORE ORDERED that any and all trial subpoenas issued in this cause which subpoenas would have compelled the appearance of the witness on June 25, 2012, shall remain in full force and effect and be carried over to the new trial setting of August 20, 2012.

SO ORDERED this the 3rd day of August, 2012.

s/David Bramlette
DAVID C. BRAMLETTE, IIII
UNITED STATES DISTRICT JUDGE