UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 5:12cr2-DCB-FKB

ANGELA PRESLEY                                                          DEFENDANT

ORDER

This criminal action came before the Court for trial on August 20, 2012, through August 23, 2012, and the Court ruled on the government's motions in limine as follows:

United States' First Motion in Limine **(docket entry 14)**: (1) The government's motion to exclude mention of the fact that defendant's attorney was her father was denied, to the extent that the relationship was explained to the jury by the Court during voir dire, and the jury was instructed not to let that relationship enter into their weighing of the evidence or their deliberations; (2) The government's motion to exclude mention of the no true bill returned by a State grand jury was granted; (3) The government's motion to exclude any allegations that a government witness was involved in an extramarital affair was taken under advisement, and at trial certain testimony in this regard was allowed.

Government's Second Motion in Limine **(docket entry 19)**: The government moved to exclude "evidence, questions, or argument that some of the credit card companies, whose cards are the subject of the charged fraud, concluded from their own internal investigations that the victim of this crime, Pam Powers, was the responsible

party and is thus liable for these fraudulent charges and that the credit card companies themselves were not liable for the fraudulent charges. Further, the Defendant should be prohibited from admitting any evidence, questioning or argument regarding the payment of these fraudulent charges by Ms. Powers to the credit card companies for these fraudulent charges caused by the Defendant." The Court took the matter under advisement so that it could hear arguments at the appropriate time during the trial, but the motion was not renewed by the government; therefore, the motion is moot.

    SO ORDERED, this the __31st__ day of August, 2012.

                                                      s/David Bramlette
                                                  UNITED STATES DISTRICT JUDGE